UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EDWARD C. HUGLER,[1] Acting Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

NEW CHINATOWN EXPRESS, INC., an Illinois corporation, **d/b/a CHINATOWN BUFFET**, and **RENMIN ZHANG**, an individual

Defendants.

Civil action no.: 02:16-cv-2376

The Honorable Colin S. Bruce

## CONSENT JUDGMENT

Plaintiff, **EDWARD C. HUGLER**, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), has filed his Complaint and defendants **NEW CHINATOWN EXPRESS, INC.**, an Illinois corporation, **d/b/a CHINATOWN BUFFET**, and **RENMIN ZHANG**, an individual, (hereinafter collectively "defendants"), hereby acknowledge receipt of the Complaint herein and waive service thereof, having been duly advised in the premises, agree to the entry of this judgment without contest under the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq.*) (hereinafter "the Act"). Therefore, upon motion of the attorneys for plaintiff, and for cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, pursuant to section 17 of the Act, that the defendants, their officers, agents, servants, employees, successors, assigns

---

[1] This action was commenced in the name of Thomas E. Perez, Secretary of the Department of Labor. Mr. Perez is now the former Secretary of Labor, and Edward C. Hugler is now the Acting Secretary. Therefore, Mr. Hugler is being automatically substituted for Mr. Perez as the Plaintiff, pursuant to FED. R. CIV.P. 25(d), and the caption of this action is amended accordingly.

and all persons in active concert or participation with them, hereby are, permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

### I.

Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516. Defendants shall provide to each employee on each pay date with a pay stub reflecting specific dates of the pay period, total hours worked and paid, including total earnings at the regular rate and the overtime rate, gross amounts paid, total tips received, if applicable, and any deductions taken by defendants.

### II.

Each party shall bear its/his/their own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

This Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

Dated this __26__ day of ____January____, __2017__.


                                                            s/ Colin S. Bruce
                                                            **COLIN S. BRUCE**
                                                            United States District Judge

Entry of this Judgment is hereby consented to and notice by the Clerk to the defendants is hereby waived:

| For Defendants: | For Plaintiff: |
|---|---|
| **NEW CHINATOWN EXPRESS, INC.**, d/b/a **CHINATOWN BUFFET** | **EDWARD C. HUGLER**, Acting Secretary of Labor |
| | **KATHERINE E. BISSELL** Deputy Solicitor for Regional Enforcement |
| s/ Renmin Zhang<br>Its President | **CHRISTINE Z. HERI** Regional Solicitor |
| | s/ Jing Zhang<br>**JING ZHANG**<br>Attorney |
| **RENMIN ZHANG**, an individual | U.S. Department of Labor<br>Office of the Solicitor<br>230 S. Dearborn St., Room 844<br>Chicago, IL 60604<br>Telephone: (312) 353-1145<br>Email: Zhang.Jing@dol.gov |
| s/ Renmin Zhang<br>**RENMIN ZHANG** | |

s/ Nathaniel K. Hsieh
**NATHANIEL K. HSIEH**
Attorney for All Defendants

Hsieh & Associates, P.C.
2116B S. Archer Ave.
Chicago, IL 60616
Telephone: (312) 842-7200
Email: Nkh@nkhlawgroup.com